LAURA E. DUFFY
United States Attorney
LAURA M. GRIMES
Assistant United States Attorney
Virginia State Bar 75998
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9741
Email: laura.grimes@usdoj.gocv

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11cr1655-H |
|---|---|
| Plaintiff, | ) NOTICE OF APPEARANCE |
| v. | ) |
| LAURA ELENA TREJO-MACIAS, | ) |
| Defendant. | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

Please feel free to call me if you have any questions about this notice.

DATED: May 7, 2014.

                    LAURA E. DUFFY
                    United States Attorney

                    s/ *Laura M. Grimes*
                    LAURA M. GRIMES
                    Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11cr1655-H |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| LAURA ELENA TREJO-MACIAS, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Laura M. Grimes, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of the **Notice of Appearance** on the following party by electronically filing the foregoing with the Clerk of the U.S. District Court using its ECF System, which electronically notifies them:

None.

I hereby certify that I have cause to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Laura Elena Trejo-Macias
Movant, Pro Se
Fed. Reg. No. 25018-298
5701 8th St.-Camp Parks
Dublin, CA 94568

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 7, 2014.

s/ *Laura M. Grimes*
LAURA M. GRIMES
Assistant United States Attorney