# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

# NOTICE OF DOCUMENT DISCREPANCIES

FILED
14 JUN 18 PM 2:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: ☒ U.S. DISTRICT JUDGE /  ☐ U.S. MAGISTRATE JUDGE   Marilyn L. Huff
FROM: D. Sutton, Deputy Clerk   RECEIVED DATE: 6/16/2014
CASE NO. 11CR1655-H   DOCUMENT FILED BY: Laura Trejo-Macias
CASE TITLE: USA v. Arce-Fox
DOCUMENT ENTITLED: Motion for Extension of Time to Respond

Upon the submission of the attached document(s), the following discrepancies are noted:

| LOCAL RULE | DISCREPANCY |
|---|---|
| ☐ 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ 7.1 | Missing table of contents |
| ☐ 15.1 | Amended pleading not complete in itself |
| ☐ 30.1 | Depositions not accepted absent a court order |
| ☐ | Supplemental documents require court order |
| ☐ | Default judgment in sum certain includes calculated interest |
| ☒ OTHER: | Case closed. |

Date Forwarded: 6/16/2014

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 6/18/14     CHAMBERS OF: The Honorable Marilyn L. Huff

cc: All Parties     By: Law Clerk 2