# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ELENA TREJO-MACIAS,<br><br>                      Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | CASE NO. 11-CR-1655<br><br>**ORDER NOTIFYING PETITIONER OF POTENTIAL RETROACTIVE REDUCTION IN DRUG TRAFFICKING SENTENCES** |

In April, 2014, the United States Sentencing Commission decided to amend the sentencing guidelines to lower the base offense levels for certain drug offenders. On July 18, 2014, the Commission decided that these changes would apply retroactively. Congress has until November 1, 2014 to disapprove the amendment. Should Congress choose to let the guideline reductions stand, Petitioner may be eligible. The Court

notifies Petitioner that if she chooses to apply for a retroactive sentence reduction, she may do so in a separate petition.

**IT IS SO ORDERED**.

DATED: July 24, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT