AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of California

SEP 3 0 2015

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              acc    DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LAURA ELENA TREJO-MACIAS (1) | ) | Case No:  11CR1655-H |
| aka Laura Trejo-Rodriguez, Laura Trejo De Alatorre | ) | |
| | ) | USM No:  25018-298 |
| Date of Original Judgment:  06/06/2012 | ) | |
| Date of Previous Amended Judgment: | ) | James Fife, Federal Defenders of San Diego, Inc. |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____151_____ months **is reduced to** _____135 months_____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___06/06/2012___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  9/30/15

Effective Date:  11/01/2015
*(if different from order date)*

Judge's signature

Hon. MARILYN L. HUFF, U.S. District Judge
*Printed name and title*